UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Carolyn White, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sanofi US Services Inc. et al., )<br>)<br>Defendants. ) | Case No. 1:23-cv-00768-JPH<br><br>Honorable Judge Jeffrey P. Hopkins |

## NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Plaintiff Carolyn White and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including July 8, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: January 8, 2024

Respectfully submitted,

*/s/ Matthew Edward DePaz*
Matthew Edward DePaz
Shook, Hardy & Bacon L. L. P.
2555 Grand Blvd
Kansas City, MO 64108-2613
816-474-6550
Fax: 816-421-5547
Email: mdepaz@shb.com

David J. Dirisamer
Barnes & Thornburg
Suite 3300
41 South High Street

1

Columbus, OH 43215
Phone: 614-628-0096
Email: david.dirisamer@btlaw.com

***Counsel for Sanofi U.S. Services Inc.
and Sanofi-Aventis U.S. LLC***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 8, 2024, the foregoing was filed via the Court's Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all attorneys of record.

               /s/ *Matthew Edward DePaz*